UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LACHAPELLE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONG KWAN KIM, et al.,<br><br>    Defendants. | Case No. 15-cv-02195-JSC<br><br>**ORDER REGARDING PENDING MOTION AND THE NON-RESPONDING DEFENDANTS** |

Plaintiffs sue defendants to recover allegedly fraudulent transfers and for damages. All defendants except for Klaus Maier and nComputing, Inc., have appeared, and Defendants Young Song and Zerodesktop, Inc. have moved to dismiss the complaint. (Dkt. No. 17.) Plaintiffs and all appearing defendants have also consented to the jurisdiction of the undersigned magistrate judge. (Dkt. Nos. 9, 16, 28.) Defendants Klaus Maier and nComputing, Inc. have not appeared and thus not consented to this Court's jurisdiction, and Plaintiffs have moved for entry of default as to Maier. (Dkt. No. 30.)

The Court may not rule on Defendants' motion to dismiss without the consent of all parties. Thus, there are two procedures the Court may follow. First, the Court could order the case reassigned to a district court judge. Second, the Court can retain jurisdiction of Plaintiffs' case against the appearing defendants if the appearing parties stipulate to sever the claims against the non-appearing defendants from this case. *See, e.g.*, *Livingston v. Art.com*, 13-3748 JSC (N.D. Cal.) Dkt. Nos. 34, 35. In the event of such stipulation, the case against the non-appearing defendants would be assigned a new case number and the case would remain assigned to this judge. Should a motion for a default judgment be brought, this Court would issue a Report and Recommendation for review by a district court judge.

Accordingly, on or before September 10, 2015, the appearing parties shall either (1) file a stipulation agreeing to severance, or (2) advise the Court that the case should be reassigned.  In light of this schedule, the motion hearing and case management conference scheduled for September 10, 2015 is continued to September 17, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge